IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOBBY JOE JACKSON                                                    PLAINTIFF

          v.                    Civil No. 05-5043

ROBERT ERIC HOLLAND,
Detective with the Springdale
Police Department; and SID RIEFF,
Chief of Police for the Springdale
Police Department                                                   DEFENDANTS

## O R D E R

On July 21, 2005, defendants filed a summary judgment motion (Doc. 15). To assist

plaintiff in responding to the summary judgment motion, the undersigned is propounding a

questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report

and recommendation on the summary judgment motion. For this reason, Bobby Joe Jackson is

hereby directed to complete, sign, and return the attached response to defendants' summary

judgment motion on or before **October 17, 2005**. **Plaintiff's failure to respond within the**

**required period of time may subject this matter to dismissal for failure to comply with a**

**court order.**

IT IS SO ORDERED this 15th day of September 2005.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


BOBBY JOE JACKSON                                                            PLAINTIFF

             v.                          Civil No. 05-5043

ROBERT ERIC HOLLAND,
Detective with the Springdale
Police Department; and SID RIEFF,
Chief of Police for the Springdale
Police Department                                                          DEFENDANTS

## <u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>

TO:  BOBBY JOE JACKSON

        These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **October 17, 2005.**

        1.  On December 6, 2004, you were being held at the Washington County Detention

Center (WCDC)

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.


_____

_____

_____

_____

        2.  Detective Robert Eric Holland came to the WCDC to interview you about a stolen

motor vehicle.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at ¶ 1.

_____

_____

_____

_____

_____


    3.  Before Holland could ask you any questions about the stolen car, you became

unruly and stood up.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at ¶ 2.

_____

_____

_____

_____

_____


    4.  Holland repeatedly told you to sit down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at ¶ 2.

_____

_____

_____

_____

5.  You refused to sit down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at ¶ 2.

_____

_____

_____

_____

_____

6.  Holland walked towards you and put his hand on your shoulder.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at ¶ 3.

_____

_____

_____

_____

_____

7.  Holland used slight pressure to push you back to your chair and ordered you to sit
down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at ¶ 3.

_____

_____

_____

_____

_____

8.  You complied with Holland's order to sit down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at ¶ 3.

_____

_____

_____

_____

_____

9.  You immediately began to accuse Holland of police brutality and assault.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at the

first ¶ 4 **(note page two of the affidavit contains two paragraphs numbered 4 and**

**two paragraphs numbered 5)**.

_____

_____

_____

_____

_____

10.  Holland told you that when a police officer tells a prisoner to sit down the

prisoner should do it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at the

first ¶ 4.

_____

_____

_____

_____

_____

11.  Holland decided he would be unable to pursue the interview with you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at first ¶

5.

_____

_____

_____

_____

_____

12.  Holland left the interview room.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at the

first ¶ 5.

_____

_____

_____

_____

_____

     13. Officer Franklin witnessed the entire conversation between you and Holland.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at the

second ¶ 4.

_____

_____

_____

_____

_____

     14 (A).  The conversation between you and Holland was recorded on video-tape with

sound.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at the

second ¶ 5.

_____

_____

_____

_____

_____

     (B).  The video-tape shows a small interview room with a small desk with a chair at

the rear of the room.  To the left of the desk is a straight back wooden chair.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

     (C).  When Holland entered the room, he took a seat at the desk and turned the chair

sideways.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

     (D).  You were seated at the opposite end of the room and when you were seated you

could not be seen on the video-tape.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

     (E).  Holland identified himself and told you he was assigned to investigate a stolen

vehicle case.  When you protested that you were in jail, Holland indicated the vehicle had

been stolen some time ago.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

     (F).  You kept repeating that you had nothing to do with the car, you didn't know

what was going on, you didn't know why you should talk to Holland, and you were already

being charged with a felony.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

(G).   You became upset when Holland wanted to read you the Miranda warnings.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

(H).   You started talking about your current charges, said you were all the sudden

being charged with a felony, you stated you didn't know why you should talk to Holland, you

indicated you did not want to talk to Holland.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

(I).  At this point, you stood up and the back of your head and shoulders were visible

on the video-tape.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

(J).  Holland told you at least four times to sit back down.  When Holland made these statements he was still seated in the chair at the desk.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

(K).  Before Holland got up from the chair, you said:  "You ain't going to try to beat me up."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

(L).  At this point, Holland got up from the chair and moved towards you.  He stated

No, I'm not going to try to beat you up.  I'm just going to sit you back down." Holland then put a hand on your shoulder and sat you back down in the chair.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

(M).  Holland was away from the desk for just a couple of seconds and then he sat back down in the desk chair.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

(N).  Holland did not use any excessive physical force against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

     (O).  He only used the amount of force necessary to get you to sit back down in the

chair.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

     (P).  After Holland sat back down, you again started arguing about your charges and

stated you had not done anything.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

     (Q).  Did you suffer any physical injuries as a result of the physical force Holland

used against you?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail:  (a) the injuries you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received, any medical treatment as a result of the injuries; and (e) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(R).  You did not make any comment about being hurt.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

(S).  You did not ask for an attorney or for medical care.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

(T).  You are taller than Holland.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2-A.

_____

_____

_____

_____

_____

15.  Exhibit 2-A is a true and correct copy of the video tape of Holland's conversation

with you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at ¶ 6 & exhibit 2-A.

_____

_____

_____

_____

_____

16.  Holland has graduated from the Arkansas Law Enforcement Training Academy and has received other training relating to law enforcement duties.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at ¶ 7 & exhibit 2-B, 2-H.

_____

_____

_____

_____

_____

17.  Holland has reviewed the Springdale Police Department Operations Manual and its Use of Force Policies.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at ¶ 7 and exhibits 2-C, 2-D & 2-G.

_____

_____

_____

_____

_____

18.  Holland has received many performance assessments and has passed all in an exemplary fashion.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at ¶ 7 and exhibits 2-E, 2-F.

_____

_____

_____

_____

_____

19.  Holland has received many letters of commendation and praise both from supervising officers and from citizens of Springdale.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at ¶ 9 and exhibit 2-H.

_____

_____

_____

_____

_____

20.  Prior to your claim of excessive force, Holland has never had an excessive force complaint made against him.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at ¶ 11.

_____

_____

_____

_____

_____

21.  Officer David Jacob Franklin witnessed Holland's attempt to interview you inside the WCDC about a stolen motor vehicle.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at ¶ 1.

_____

_____

_____

_____

_____

22.  You were at the WCDC awaiting plea and arraignment.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at ¶ 2.

_____

_____

_____

_____

_____

23.  Franklin witnessed you become unruly and somewhat hostile.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at ¶ 3.

_____

_____

_____

_____

_____

24.  Franklin saw you stand up and continue to be unruly.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at ¶ 3.

_____

_____

_____

_____

_____

25.  Franklin heard Holland repeatedly tell you to sit down and you refuse to do it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at ¶ 3.

_____

_____

_____

_____

_____

26.  Franklin saw Holland walk towards you, place his hand on your shoulder, and help you back into your chair while at the same time ordering you to sit down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at ¶ 4.

_____

_____

_____

_____

_____

27.  Franklin heard you accuse Holland of police brutality.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at ¶ 4.

_____

_____

_____

_____

_____

28. Franklin saw Holland then leave the witness room.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3 at ¶ 4.

_____

_____

_____

_____

_____

29. In Franklin's opinion, Holland's actions complied with Springdale Police
Department Policies and Procedures guidelines.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3 at ¶ 6.

_____

_____

_____

_____

_____

30. Franklin does not believe Holland used excessive force against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3 at ¶ 6.

_____

_____

_____

_____

_____

31.  Section 7.13 of the Springdale Police Department Operations Manual deals with

the use of force.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 1, ¶ 2

and exhibit 1-A.

_____

_____

_____

_____

_____

32.  Section 7.13a deals with the use of non-deadly force and states that physical force

should not be resorted to unless other reasonable alternatives have been exhausted.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1-B.

_____

_____

_____

_____

_____

33.  However, the officer is permitted to use force where necessary to gain control of

a situation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1-B.

_____

_____

_____

_____

_____

34.  When Chief Sid Rieff receives a complaint regarding excessive force he assigns an officer in a supervisory position to investigate the complaint.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 4.

_____

_____

_____

_____

_____

35.  If the investigating officer informs Rieff that the complaint is unfounded, Rieff informs the person who made the complaint that the complaint was investigated and no fault on the part of the officer was found.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 5.

_____

_____

_____

_____

_____

36.  If the complaint is found to have merit, Rieff impanels a review board of command staff supervisors to make a determination regarding fault.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 6.

_____

_____

_____

_____

_____

37.  If after an investigation the review board does not find a violation of policy, Rieff nevertheless conducts a review of the investigation and himself determines if a violation of policy has occurred.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 7.

_____

_____

_____

_____

_____

38.  If the review board finds the officer was at fault, Rieff decides what the

appropriate punishment should be.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 8.

_____

_____

_____

_____

_____

39.  The punishment can range from reprimand to termination.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 9.

_____

_____

_____

_____

_____

40.  December 6, 2004, you filed a complaint against Holland.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 10.

_____

_____

_____

_____

41. The complaint you filed is dated December 6, 2004, and attached to Rieff's affidavit as exhibit C.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1-C.

_____

_____

_____

_____

_____

42. In your complaint you said Holland had slammed you up against the wall and pushed your head and neck against the wall. You stated you had a video-tape of the incident.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1-C.

_____

_____

_____

_____

_____

43. After Rieff received your complaint, he assigned an internal affairs investigator to investigate the complaint.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at ¶ 12.

_____

_____

_____

_____

_____

44.  After investigating and viewing the videotape, the investigator found Holland's actions complied with the Springdale Police Department Policies and Procedures guidelines.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 13.

_____

_____

_____

_____

_____

45.  The investigator found Holland did not use excessive force against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit  at ¶ 13.

_____

_____

_____

_____

_____

46.  After Rieff was told Holland did not use excessive force against you, Rieff

reviewed the video-tape.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at ¶ 14.

_____

_____

_____

_____

_____

47. After he viewed the video-tape, Rieff concluded Holland did not use excessive force against you.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at ¶ 15.

_____

_____

_____

_____

_____

48. On January 3, 2005, Rieff wrote you a letter informing you that he had watched the video-tape and found your allegations to be unfounded. Rieff said Holland's actions complied with the Springdale Police Department Policies and Procedures guidelines.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at ¶ 16.

_____

_____

_____

_____

_____

49.  A copy of the letter Rieff wrote you is attached to Rieff's affidavit as exhibit D.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1-D.

_____

_____

_____

_____

_____

50.  Prior to the complaint you made, Holland had never had a single excessive force

complaint formally made against him.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 18.

_____

_____

_____

_____

_____

51.  During Rieff's time as Chief of Police which began in December of 2002, only

one excessive force complaint, other than yours, had been filed against an officer of the

Springdale Police Department.  It was determined that the actions of the officers involved complied with Springdale Police Department Policies and Procedures guidelines.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at ¶ 19.

_____

_____

_____

_____

_____

52.  Explain in detail how you believe Holland discriminated against you because of your race.  In doing so, please indicate what race you are.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Detail below any further response you would like to make to defendants'**

**summary judgment motion.  If you have any exhibits you would like the court to**

**consider, please attach the exhibits to this response.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2005.

_____

BOBBY JOE JACKSON